UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE PEREZ, | 1:05-CV-0720 AWI TAG HC |
| Petitioner, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| v. | ORDER GRANTING RESPONDENT'S MOTION TO DISMISS (Document #13) |
| KATHY MENDOZA-POWERS, | ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On July 23, 2008, the Magistrate Judge issued Findings and Recommendations that recommended the court grant Respondent's motion to dismiss and dismiss this action because it contains claims that are procedurally defaulted. The Findings and Recommendations were served on all parties and contained notice that any objections were to be filed within twenty (20) days of the date of service of the order.  Over twenty days have passed and no objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the Magistrate Judge's Findings and Recommendation is supported by the record and proper analysis.

//

//

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations issued on July 23, 2008 are ADOPTED IN FULL;
2. Respondent's motion to dismiss is GRANTED (Document #13);
3. The Petition for Writ of Habeas Corpus is DISMISSED; and
4. The Clerk of Court is DIRECTED to close this file.

IT IS SO ORDERED.

**Dated:     September 9, 2008**              /s/ Anthony W. Ishii
                                        CHIEF UNITED STATES DISTRICT JUDGE

U.S. District Court
E. D. California                                    2